```
                          United States Bankruptcy Court
                             Middle District of Florida
In re:                                                          Case No. 16-03913-JAF
Lilly Josephine Real                                            Chapter 7
       Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 113A-3           User: leel               Page 1 of 1          Date Rcvd: Nov 07, 2017
                               Form ID: Dntchrg         Total Noticed: 3
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 09, 2017.
```
db           #+Lilly Josephine Real,   10023 Belle Rive Blvd. Apt 1303,   Jacksonville, FL 32256-9580
cr            +Frank Polo,   1475 SW 8th St,   Apt 411,   Miami, Fl 33135-3891
26851870      +Frank E. Polo,   9619 Fontainebleau Blvd.,   Apt. 317,   Miami, FL 33172-6870
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 7, 2017 at the address(es) listed below:
```
              Alexander G. Smith    alex@agsmithtrustee.com,  FL52@ecfcbis.com
              Collette B Cunningham    on behalf of Defendant    United States Of America
               Collette.Cunningham@usdoj.gov,
               dajana.mihaljevic@usdoj.gov;dee.jackson@usdoj.gov;Chantal.sabino@usdoj.gov
              Edward P Jackson    on behalf of Plaintiff Lilly Josephine Real edward@edwardpjackson.com,
               traci@edwardpjackson.com,linda@edwardpjackson.com,jacksonpacer@gmail.com,
               christina@edwardpjackson.com
              Edward P Jackson    on behalf of Debtor Lilly Josephine Real edward@edwardpjackson.com,
               traci@edwardpjackson.com,linda@edwardpjackson.com,jacksonpacer@gmail.com,
               christina@edwardpjackson.com
              United States Trustee - JAX 13/7    USTP.Region21.OR.ECF@usdoj.gov
                                                                                             TOTAL: 5
```

**[Dntchrg]** [District Notice of Hearing]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                                                              Case No. 3:16–bk–03913–JAF
                                                                                                          Chapter 7
Lilly Josephine Real
fka Lilliana Maria Real

_____Debtor*_____/

## NOTICE OF PRELIMINARY HEARING

  NOTICE IS GIVEN THAT:

1. A preliminary hearing in this case will be held on November 15, 2017 , at 01:30 PM in 300 North Hogan Street, 4th Floor – Courtroom 4D, Jacksonville, FL 32202 on the following matter:

Motion to Dismiss/Withdraw Document re: Motion for Sanctions Against Creditor Frank Polo, for Lack of Personal Jurisdiction, Improper Venue, and Motion to Quash for Defective Service of Process and for Violation of Due Process (Document No. 14) filed by Creditor Frank Polo

2. The Court may continue this matter upon announcement made in open court without further notice.

3. Any party opposing the relief sought at this hearing must appear at the hearing or any objections or defenses may be deemed waived.

4. <u>Avoid delays</u>. You are reminded that Local Rule 5073–1 restricts the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge, a valid Florida Bar identification card, or *pro hac vice* order. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

                                                                        FOR THE COURT
Dated: November 7, 2017                      Sheryl L. Loesch , Clerk of Court
                                                                        300 North Hogan Street Suite 3–150
                                                                        Jacksonville, FL 32202

  The Clerk's office is directed to serve a copy of this notice on interested parties.

*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.