```
                         United States Bankruptcy Court
                            Middle District of Florida
In re:                                                       Case No. 16-03913-JAF
Lilly Josephine Real                                         Chapter 7
       Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 113A-3          User: baldws              Page 1 of 1              Date Rcvd: Jan 05, 2018
                              Form ID: 31813            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2018.
cr             +Frank Polo,    1475 SW 8th St,    Apt 411,    Miami, Fl 33135-3891

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2018 at the address(es) listed below:
              Alexander G. Smith     alex@agsmithtrustee.com,    FL52@ecfcbis.com
              Collette B Cunningham    on behalf of Defendant    United States Of America
               Collette.Cunningham@usdoj.gov,
               dajana.mihaljevic@usdoj.gov;dee.jackson@usdoj.gov;Chantal.sabino@usdoj.gov
              Edward P Jackson    on behalf of Plaintiff Lilly Josephine Real edward@edwardpjackson.com,
               traci@edwardpjackson.com,linda@edwardpjackson.com,jacksonpacer@gmail.com,
               christina@edwardpjackson.com;p.er70969@notify.bestcase.com
              Edward P Jackson    on behalf of Debtor Lilly Josephine Real edward@edwardpjackson.com,
               traci@edwardpjackson.com,linda@edwardpjackson.com,jacksonpacer@gmail.com,
               christina@edwardpjackson.com;p.er70969@notify.bestcase.com
              United States Trustee - JAX 13/7    USTP.Region21.OR.ECF@usdoj.gov
                                                                                             TOTAL: 5

[31813] [Order Striking]

ORDERED.

**Dated: January 5, 2018**

Jerry A. Funk
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:	Case No. 3:16–bk–03913–JAF
	Chapter 7
Lilly Josephine Real
fka Lilliana Maria Real


_____Debtor*_____/

ORDER STRIKING WITNESS LIST AND EXHIBIT LIST

   This case came on for consideration upon the Court's own motion. On January 4, 2018 , the Creditor Frank E. Polo filed a Witness List and Exhibt List without signature of the creditor as required by Fed. R. Bank. P. 9011. It is

   Ordered:

   The Witness List and Exhibit List are stricken from the record.


*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.