```
                          United States Bankruptcy Court
                            Middle District of Florida
```

In re:                                                              Case No. 16-03913-JAF
Lilly Josephine Real                                                Chapter 7
     Debtor

## CERTIFICATE OF NOTICE

District/off: 113A-3     User: baldws     Page 1 of 1     Date Rcvd: Jan 05, 2018
                              Form ID: Dodefmao    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2018.
db          #+Lilly Josephine Real,    10023 Belle Rive Blvd. Apt 1303,    Jacksonville, FL 32256-9580
cr          +Frank Polo,    1475 SW 8th St,    Apt 411,    Miami, Fl 33135-3891

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                             TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2018                                     Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2018 at the address(es) listed below:
         Alexander G. Smith     alex@agsmithtrustee.com,    FL52@ecfcbis.com
         Collette B Cunningham    on behalf of Defendant    United States Of America
          Collette.Cunningham@usdoj.gov,
          dajana.mihaljevic@usdoj.gov;dee.jackson@usdoj.gov;Chantal.sabino@usdoj.gov
         Edward P Jackson    on behalf of Plaintiff Lilly Josephine Real edward@edwardpjackson.com,
          traci@edwardpjackson.com,linda@edwardpjackson.com,jacksonpacer@gmail.com,
          christina@edwardpjackson.com;p.er70969@notify.bestcase.com
         Edward P Jackson    on behalf of Debtor Lilly Josephine Real edward@edwardpjackson.com,
          traci@edwardpjackson.com,linda@edwardpjackson.com,jacksonpacer@gmail.com,
          christina@edwardpjackson.com;p.er70969@notify.bestcase.com
         United States Trustee - JAX 13/7    USTP.Region21.OR.ECF@usdoj.gov
                                                                                                                    TOTAL: 5

[Dodefmao] [District Order Deficient Motion, Application or Objection]

ORDERED.

Dated: January 5, 2018

Jerry A. Funk
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:                                              Case No. 3:16–bk–03913–JAF
                                                    Chapter 7
Lilly Josephine Real
fka Lilliana Maria Real


_____Debtor*_____/


### ORDER ABATING MOTION FOR SUMMARY JUDGMENT

   THIS CASE came on for consideration, without hearing, of the Motion for Summary Judgment by Creditor Frank E. Polo , Doc. # 25 . After a review of the motion , the Court determines that the motion is deficient as follows:

☑  The motion does not include an original or electronic signature of the movant as required by Fed. R. Bankr P. 9011.

☐  The motion does not include a signed and dated proof of service as required by Local Rule 9013–1.

☐  The prescribed filing fee of $ , as required by the Bankruptcy Court Schedule issued in accordance with 28 U.S.C § 1930 was not paid.

☑  The negative notice legend is not fully displayed on the first page as prescribed by Local Rule 2002–1 or the language used in the negative notice legend does not conform to the approved negative notice legend language as provided in Local Rule 2002–4.

☐  The motion does not specifically describe the property, including the legal description if real property, or VIN if vehicle.

☐  The Motion for Referral to Mortgage Modification Mediation does not include a complete property address.

☐ The Motion for Referral to Mortgage Modification Mediation does not include the last four digits of the mortgage loan number.

☐ The Motion for Referral to Mortgage Modification Mediation does not include the name of the mortgage creditor.

☐ The reaffirmation agreement does not include a signature of both the Debtor and Creditor.

☐ The Chapter 11 Fee Application does not include the Chapter 11 Fee Application Summary required by Local Rule 2016–1(c)(2)(i) or the summary is not placed within the application in the location required by Local Rule 2016–1(c)(2)(i).

Accordingly it is

***ORDERED:***

Consideration of the motion is abated until the deficiency is corrected. No additional filing fee will be assessed for the filing of any amended motion filed for the purposes of correcting the noted deficiency.

The Clerk's Office is directed to serve a copy of this order on interested parties.
*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.