UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In Re:

Case No._16-03913-JAF__
Chapter 7

LILLY REAL,

Debtor.

**Filed in Open Court**

**JAN 0 8 2018**

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

*Debtor's* Exhibit List

(Hearing on Motion for Sanctions (Doc. No. 12)
Hearing Date: 1/8/2018

| Exh. # | Document Description | Date Identified | Date Admitted | With or Without Objection |
|---|---|---|---|---|
| 1 | Docket in bankruptcy case 16-03913 | 1/8/18 | 1/8/18 | w/o |
| 2 | Complaint | 1/8/18 | 1/8/18 | |
| 3 | Lilly Real email to daycare | 1/8/18 | 1/8/18 | w/o |
| 4 | Frank Polo email to Lilly Real | 1/8/18 | 1/8/18 | w/o |
| 5 | Amended Schedules | 1/8/18 | 1/8/18 | Obj. by Polo |
| 6 | Suggestion of bankruptcy | 1/8/18 | 1/8/18 | w/o |
| 7 | Docket in Polo v. Real case 17-CA-3553 | 1/8/18 | 1/8/18 | obj. by polo |
| 8 | Notice of Temp intent not to prosecute | 1/8/18 | 1/8/18 | w/o |
| 9 | Motion to file amended complaint | 1/8/18 | 1/8/18 | w/o |
| 10 | Edward Jackson email to Frank Polo | 1/8/18 | 1/8/18 | |
| 11 | Motion for Declaratory Judgment | 1/8/18 | 1/8/18 | |
| 12 | Email to Polo re bankruptcy | 1/8/18 | 1/8/18 | |