United States Bankruptcy Court
Middle District of Florida

In re:  
Lilly Josephine Real  
    Debtor

Case No. 16-03913-JAF  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 113A-3    User: hodgen    Page 1 of 1    Date Rcvd: Feb 12, 2018  
                   Form ID: 31813    Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 14, 2018.
```
db         #+Lilly Josephine Real,    10023 Belle Rive Blvd. Apt 1303,    Jacksonville, FL 32256-9580
            +Frank E. Polo, Sr.,    9619 Fontainebleau Blvd. Apt. 317,    Miami, FL 33172-6870
cr          +Frank Polo,    1475 SW 8th St,    Apt 411,    Miami, Fl 33135-3891
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 14, 2018            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 12, 2018 at the address(es) listed below:
```
          Alexander G. Smith    alex@agsmithtrustee.com, FL52@ecfcbis.com
          Collette B Cunningham    on behalf of Defendant    United States Of America
           Collette.Cunningham@usdoj.gov,
           dajana.mihaljevic@usdoj.gov;dee.jackson@usdoj.gov;Chantal.sabino@usdoj.gov
          Edward P Jackson    on behalf of Plaintiff Lilly Josephine Real edward@edwardpjackson.com,
           traci@edwardpjackson.com,linda@edwardpjackson.com,jacksonpacer@gmail.com,
           christina@edwardpjackson.com;p.er70969@notify.bestcase.com
          Edward P Jackson    on behalf of Debtor Lilly Josephine Real edward@edwardpjackson.com,
           traci@edwardpjackson.com,linda@edwardpjackson.com,jacksonpacer@gmail.com,
           christina@edwardpjackson.com;p.er70969@notify.bestcase.com
          United States Trustee - JAX 13/7    USTP.Region21.OR.ECF@usdoj.gov
```
                                                                           TOTAL: 5

[31813] [Order Striking]

ORDERED.

**Dated: February 12, 2018**

Jerry A. Funk
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:                                                                                     Case No. 3:16–bk–03913–JAF
                                                                                           Chapter 7
Lilly Josephine Real
fka Lilliana Maria Real


_____Debtor*_____/

ORDER STRIKING NOTICE OF FILING CLOSING ARGUMENTS

This case came on for consideration upon the Court's own motion. On February 9, 2018, Frank E. Polo Sr. filed a Notice of Filing Closing Arguments without original signature as required by Fed. R. Bank. P. 9011. It is

Ordered:

The Notice of Filing Closing Arguments is stricken from the record.


*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.