ORDERED.

**Dated: April 26, 2018**

_[signature]_
Jerry A. Funk
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

In re:                                                  Case No. 3:16-bk-3913-JAF

                                                        Chapter 7

LILLY J. REAL,

    Debtor.
_____/

### ORDER DENYING MOTION TO DISMISS, GRANTING MOTION FOR SANCTIONS, AWARDING ATTORNEY'S FEES, AND ENJOINING FRANK POLO FROM ANY FURTHER ATTEMPT TO COLLECT ALLEGED PRE-PETITION DEBT FROM DEBTOR

This case came before the Court upon the Motion for Sanctions against Creditor, Frank Polo filed by the Debtor (the "Motion for Sanctions") (Doc. 12) and Motion to Dismiss of Frank E. Polo for Lack of Personal Jurisdiction, Improper Venue, and Motion to Quash for Defective Service of Process on [the Motion for Sanctions] and for Violation of Due Process (the "Motion to Dismiss") (Doc. 14). Upon Findings of Fact and Conclusions of Law separately entered, it is

    **ORDERED:**

1. The Motion to Dismiss filed by Frank Polo is denied.

2. The Motion for Sanctions filed by the Debtor is granted.

3. The Court imposes sanctions against Frank Polo in the amount of $4,935.00.

4. Mr. Polo shall pay $4,935.00 to Edward Jackson within 60 days of the date of this Order, failing which the Court, upon affidavit and Motion of Mr. Jackson, will enter a judgment in Mr. Jackson's favor. Such judgment shall be enforced through the state courts.

5. The Debtor's discharge entered on February 15, 2017 bars Mr. Polo from taking any further action to collect any alleged pre-petition debt owed to him by the Debtor.

The Clerk's Office will serve a copy of this Order on Interested Parties.