```
                            United States Bankruptcy Court
                              Middle District of Florida
In re:                                                              Case No. 16-03913-JAF
Lilly Josephine Real                                                Chapter 7
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 113A-3          User: pcathy                 Page 1 of 1                  Date Rcvd: May 15, 2018
                              Form ID: 3TAPNR              Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 17, 2018.
cr             +Frank Polo,   1475 SW 8th St,   Apt 411,   Miami, Fl 33135-3891

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 15, 2018 at the address(es) listed below:
              Alexander G. Smith    alex@agsmithtrustee.com,    FL52@ecfcbis.com
              Collette B Cunningham    on behalf of Defendant    United States Of America
               Collette.Cunningham@usdoj.gov,
               dajana.mihaljevic@usdoj.gov;Chantal.sabino@usdoj.gov;Brittany.Robinson2@usdoj.gov
              Edward P Jackson    on behalf of Plaintiff Lilly Josephine Real edward@edwardpjackson.com,
               traci@edwardpjackson.com,linda@edwardpjackson.com,jacksonpacer@gmail.com,
               christina@edwardpjackson.com;p.er70969@notify.bestcase.com
              Edward P Jackson    on behalf of Debtor Lilly Josephine Real edward@edwardpjackson.com,
               traci@edwardpjackson.com,linda@edwardpjackson.com,jacksonpacer@gmail.com,
               christina@edwardpjackson.com;p.er70969@notify.bestcase.com
              United States Trustee - JAX 13/7    USTP.Region21.OR.ECF@usdoj.gov
                                                                                             TOTAL: 5

**[3TAPNR]** [Notice to Appellant of Responsibilities]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                                                   Case No. 3:16−bk−03913−JAF
                                                                                         Chapter 7

Lilly Josephine Real
fka Lilliana Maria Real
3550 NW 83rd Avenue, #709
Doral, FL 33122


_____Debtor(s)_____/

<u>NOTICE TO APPELLANT OF RESPONSIBILITIES</u>

   NOTICE IS GIVEN TO THE APPELLANT that the Appellant shall, within 14 days of the date the appeal was filed, file with the Clerk of the United States Bankruptcy Court the following:

   1. Designation of the items to be included in the record on appeal and serve a copy upon the appellee;

   2. Statement of the issues to be presented and serve a copy upon the appellee; and

   3. Written request for the transcript and deliver a copy to the court reporter where the record designation includes a transcript of any proceeding or a part thereof.


FOR THE COURT
Sheryl L. Loesch, Clerk of Court
300 North Hogan Street Suite 3−150
Jacksonville, FL 32202

Copies furnished to:
Frank E. Polo, Sr
Edward P. Jackson