ORDERED.

**Dated: May 30, 2018**

_____
Jerry A. Funk
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:    Case No. 3:16-bk-3913-JAF

Chapter 7

LILLY J. REAL,

    Debtor.
_____/

**ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS**

This case came before the Court upon Application to Have the Chapter 7 Filing Fee Waived, which the Court construes as a Motion to Proceed in Forma Pauperis (Doc. 55).  Frank Polo seeks to have the Court waive the appeal filing fee as to its Order Dated April 26, 2018 Denying Motion to Dismiss, Granting Motion for Sanctions, Awarding Attorney's Fees, and Enjoining Frank Polo from any Further Attempt to Collect Alleged Pre-Petition Debt from Debtor.  It is

**ORDERED:**

1. Frank Polo's Motion to Proceed in Forma Pauperis is granted.

2. The appeal filing fee is waived.

The Clerk's Office will serve a copy of this Order on interested parties.