United States Bankruptcy Court
Middle District of Florida

In re:  
Lilly Josephine Real  
    Debtor

Case No. 16-03913-JAF  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 113A-3      User: pcathy      Page 1 of 1      Date Rcvd: Jun 20, 2018  
                    Form ID: pdfdoc     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 22, 2018.  
db          +Lilly Josephine Real,   3550 NW 83rd Avenue, #709,   Doral, FL 33122-1147  
cr          +Frank Polo,   1475 SW 8th St,    Apt 411,    Miami, Fl 33135-3891

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2018                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 20, 2018 at the address(es) listed below:  
         Alexander G. Smith     alex@agsmithtrustee.com, FL52@ecfcbis.com  
         Collette B Cunningham     on behalf of Defendant    United States Of America Collette.Cunningham@usdoj.gov,  
          dajana.mihaljevic@usdoj.gov;Chantal.sabino@usdoj.gov;Brittany.Robinson2@usdoj.gov  
         Edward P Jackson     on behalf of Plaintiff Lilly Josephine Real edward@edwardpjackson.com,  
          traci@edwardpjackson.com,linda@edwardpjackson.com,jacksonpacer@gmail.com,  
          christina@edwardpjackson.com;p.er70969@notify.bestcase.com  
         Edward P Jackson     on behalf of Debtor Lilly Josephine Real edward@edwardpjackson.com,  
          traci@edwardpjackson.com,linda@edwardpjackson.com,jacksonpacer@gmail.com,  
          christina@edwardpjackson.com;p.er70969@notify.bestcase.com  
         United States Trustee - JAX 13/7     USTP.Region21.OR.ECF@usdoj.gov  
                                                                                                                        TOTAL: 5

# UNITED STATES BANKRUPTCY COURT

*Middle District Of Florida*
*300 North Hogan Street, 3-350*
*Jacksonville, Florida  32202*



In re:
LILLY JOSEPHINE REAL

                   In a Chapter 7  Case
                   Case Number –3-16-BK-03913-JAF

**Debtor(s)**

### -TRANSMITTAL OF RECORD ON APPEAL TO DISTRICT COURT-

(X) Notice of Appeal Leave pursuant to 28 USC § 158(a) filed May 11, 2018
The Party or Parties included in the Appeal to the District Court:

Appellant(s): Frank E. Polo,  Sr., Pro Se, 9619 Fontainebleau Blvd. Apt 317, Miami, FL  33172 (305-901-3360)
Attorney: PRO SE

Appellee(s): Lilly Josephine Real
Attorney:  Edward P. Jackson, 255 N. Liberty Street, Jacksonville, FL  32202 (904-358-1952)

**Title and Date of Orders Appealed**  - Order Granting Motion for Sanctions and Findings of Fact and Conclusion of Law entered April 27, 2018 and April 30, 2018
Items included in supplemental transmittal pursuant to F.R.B.P. 8003(b):

| | |
|---|---|
| (X)  Notice of Appeal | (  )  Any Answers(s) |
| (X)  Designation in Appeal of Appellant | (  )  Transcripts |
| (  )  Designation in Cross Appeal | (  )  Exhibits |
| (X)  Other:  Docket | |

   Case number(s) of Pending Appeal(s) in this Case: none
District Court Number      County of Residence: Duval   Date June 20, 2018   By: Cathy Perkins
3-18-cv-662-J-39