# UNITED STATES BANKRUPTCY COURT MIDDLE DISTRICT OF FLORIDA JACKSONVILLE DIVISION

MAIL
FILED
JACKSONVILLE, FLORIDA
APR 03 2020
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

FRANK E. POLO, SR.,

Appellant,

v.

CASE NO: **18-cv-662-J-39**

16-3913

LILLY J. REAL,

Appellee,

_____/

## NOTICE OF APPEAL

1. Now comes the Creditor (Appellant), Frank E. Polo, and hereby gives notice that he is appealing the Order of the this court, (1) *Order Denying Motion to Dismiss, Granting Motion for Sanctions, Awarding Attorney's Fees, and Enjoining Appellant from any Further Attempt to Collect Alleged Pre-Petition Debt from Appellee* Filed on APRIL 26, 2018; *(2) the subsequent Appeal of previously mentioned order* in which the District Court for the Middle District of Florida, entered an order remanding the case on September 9, 2019; and (3) the *Order on Remand* filed by this Court on to the Bankruptcy Appellate Panel; or alternatively to the Eleventh District Court of Appeals.

Respectfully Submitted,

_____
Frank Polo Sr.
9619 Fontainebleau Blvd. Apt. 317
Miami, FL. 33135
Telephone: 305-901-3360

**FRANK E. POLO SR.**

_____
9619 Fontainebleau Blvd. Apt 317
Miami, FL. 33172
Phone: 305-901-3360

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished to the following attorney representing the debtor, Lilly Josephine Real, at the following address, Edward P. Jackson P.A, 255 North Liberty Street, Jacksonville, FL 32202 this 1st day of April 2020, and subsequent hard copy was mailed to the clerk of courts at: 300 N Hogan St #3-350, Jacksonville, FL 32202.

_____
9619 Fontainebleau Blvd. Apt 317
Miami, FL. 33172
Phone: 305-901-3360

Wednesday, April 1, 2020

Bankruptcy Court For the Middle District of Florida
Attn: Clerk of Courts
300 N Hogan St #3-350,
Jacksonville, FL 32202
Case No. 16-03913(JAF)

Dear Sir or Madam:

Attached to this letter are the following documents for filing:

1. Appeal Cover Sheet;

2. Notice of Appeal;

3. Form 103B. Application to Have the Filing Fee Waived; and

4. The Second Notice to Clarify Mailing Address;

Thank you very much for your time and attention.


Respectfully,

*[signature]*

Frank E. Polo Sr.
9619 Fontainebleau Blvd. Apt 317
Miami, FL. 33172
Phone: 305-901-3360
Email: Frank.Polo@msn.com

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA

## APPEAL COVER SHEET

| Appellant | Appellee |
|---|---|
| Frank E. Polo, Sr. | Lilly J. Real |
| Bankruptcy Case No.  Bankr. 3:16-bk-3913-JAFA | Adversary Case No. |
| Attorney: (Name, Address and Telephone Number) | Attorney: (Name, Address and Telephone Number) |
| N/A | Edward P. Jackson P.A.<br>255 North Liberty Street,<br>Jacksonville, FL 32202<br>(904) 358-1952 |

### NATURE OF PROCEEDING

Check appropriate item

[✓] Appeal pursuant to 28 USC §158
   Notice of Appeal filed: 04/01/2020
   Date of Order Appealed: Order Filed on APRIL 26, 2018, and order filed on March 18, 2020
   Title of Order Appealed: Denying Motion to Dis., Granting Mot. for Sanctions, Awarding .. Fees. Etc, its Appea'." & ... '0 der ... 2 ... and"
   Debtor's County of Residence: Miami-Dade

[ ] Motion to Withdraw Reference
   Filed: _____ By: _____

[ ] Interlocutory Appeal
   Title of Interlocutory Order or Decree: _____
   Date of Order or Decree: _____
   Brief Description of Matter Appealed: _____

[ ] Motion for Leave to Appeal
   Date Filed: _____

[ ] Other _____

[✓] Designation in Appeal
Have arrangements been made with a Court Reporter for Transcript?   [ ] Yes   [ ] No
If not, do you intend to do so?   [✓] Yes   [ ] No   If ordered, on what date? _____

_____
Attorney/Appellant