# UNITED STATES BANKRUPTCY COURT

*Middle District Of Florida*
*300 North Hogan Street, 3-150*
*Jacksonville, Florida  32202*

In re:
LILY JOSEPHINE REAL

                                In a Chapter 7  Case
                                Case Number –3-16-3913-JAF

**Debtor(s)**

**-TRANSMITTAL OF NOTICE OF APPEAL TO DISTRICT COURT-**

(X) Notice of Appeal Leave pursuant to 28 USC § 158(a) filed April 3, 2020

The Party or Parties included in the Appeal to the District Court:

Appellant(s): Frank E. Polo, Sr.
Attorney:  Pro Se
Appellee(s): Lily Josephine Real
Attorney:  Edward P Jackson, PA, 255 North Liberty Street, Jacksonville, FL  32202

**Title and Date of Orders Appealed** - Order on Remand 1.) The Motions for Sanctions filed by the Debtor is Granted; 2.) The Court imposes sanctions against frank Polo in the amount of $4,935.00; 3) Mr. Polo shall pay $4,935.00 to Edward Jackson, Esq within 60 days of the date of this Order entered on the docket March 16, 2020 from the Order Denying Motion to Dismiss, Granting Motion for Sanctions, Awarding Attorney's Fees, and Enjoining Appellant from any Further Attempt to Collect Alleged Pre-Petition Debt from Appellee filed April 26, 2018

Items included in supplemental transmittal pursuant to F.R.B.P. 8003(b):

| | | | |
|---|---|---|---|
| (X) | Notice of Appeal and Order | ( ) | Any Answers(s) |
| ( ) | Designation in Appeal of Appellant | ( ) | Transcripts |
| ( ) | Designation in Cross Appeal | | |
| | | ( ) | Exhibits |
| ( ) | Other: | | |

***APPEAL FILED 18TH DAY AFTER ORDER ENTERED AND THERE IS A MOTION TO WAIVE APPEAL FEE BEING DETERMINED BY CHAMBERS***

   Case number(s) of Pending Appeal(s) in this Case: none

District Court Number  3:20-cv-429-J-32.   County of Residence: Duval   Date April 23, 2020      By: Cathy Perkins
 PREVIOUS CASE #3-18-CV-662-J-39 WAS REMANDED BY JUDGE BRIAN J. DAVIS