Case 3:20-cv-00429-BJD Document 22 Filed 01/06/21 Page 1 of 2 PageID 951
Case 3:16-bk-03913-JAF Doc 92 Filed 01/06/21 Page 1 of 2
USCA11 Case: 20-13371     Date Filed: 12/23/2020     Page: 1 of 2

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

December 23, 2020

Clerk - Middle District of Florida
U.S. District Court
300 N HOGAN ST
JACKSONVILLE, FL 32202

Appeal Number: 20-13371-D
Case Style: Frank Polo, Sr. v. Lilly Real
District Court Docket No: 3:20-cv-00429-BJD
Secondary Case Number: 3:16-bk-03913-JAF

The enclosed copy of the Clerk's Entry of Dismissal pursuant to appellant's motion to dismiss is issued as the mandate of this court. See 11th Cir. R. 42-1(a).

All pending motions are now rendered moot in light of the attached order.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Scott O'Neal, D/csg.
Phone #: (404) 335-6189

Enclosure(s)

DIS-3 Letter and Entry of Dismissal Vol

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 20-13371-D
_____

In re:

    LILLY JOSEPHINE REAL,

                             Debtor.
_____

FRANK E. POLO, SR.,

                             Plaintiff - Appellant,

versus

LILLY JOSEPHINE REAL,

                             Defendant - Appellee.
_____

Appeal from the United States District Court
for the Middle District of Florida
_____

ENTRY OF DISMISSAL: Pursuant to Appellant Frank E. Polo, Sr.'s motion for voluntary dismissal, FRAP Rule 42 and 11th Cir. R. 42-1(a), the above referenced appeal was duly entered dismissed on this date, effective December 23, 2020.

                                   DAVID J. SMITH
                 Clerk of Court of the United States Court
                    of Appeals for the Eleventh Circuit

                    by:  Scott O'Neal, D, Deputy Clerk

                                 FOR THE COURT - BY DIRECTION