ORDERED.

Dated: April 16, 2021

*Jerry A. Funk*
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:                                                    CASE NO.: 3:16-bk-3913-JAF

LILLY JOSEPHINE REAL,                    Chapter 7

    Debtor.
_____/

**ORDER DENYING VERIFIED MOTION FOR RELIEF FROM ALL JUDGMENTS ENTERED IN THIS CASE**

This case came before the Court upon Creditor's, Frank E. Polo, Verified Motion for Relief from Any and all Judgments Entered in this Case (the "Motion for Relief") (Doc. 93). It is

**ORDERED:**

The Motion for Relief is denied.

Clerk's Office to Serve