[Dodipaf] [District Order Directing Immediate Payment of Appeal Filing Fee – Bankruptcy]

ORDERED.

Dated: May 26, 2021

Jerry A. Funk
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:	Case No. 3:16–bk–03913–JAF
	Chapter 7

Lilly Josephine Real
fka Lilliana Maria Real

_____Debtor*_____/

ORDER DIRECTING IMMEDIATE PAYMENT OF FILING FEE

THIS CASE came on for consideration on the Notice of Appeal filed by Frank E. Polo ("Appellant") on April 28, 202198, Doc. No. 98.

The record reflects that Appellant has not paid the filing fee as required by Federal Rule of Bankruptcy Procedure 8003(a)(3)(C). Accordingly, it is

**ORDERED:**

1. Not later than June 9, 2021, Appellant shall pay to the clerk the sum of $$298.00 representing the filing fee remaining unpaid.

2. If Appellant does not pay the filing fee as set forth above, the Court will enter an order dismissing the appeal without further notice or hearing.

The Clerk's office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.