ORDERED.

Dated: June 02, 2021

*Jerry A. Funk*
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:                                                    CASE NO.: 3:16-bk-3913-JAF

LILLY J. REAL,                                    Chapter 7

    Debtor.
_____/

**ORDER DENYING FRANK POLO'S MOTION TO CLARIFY PRIOR COURT ORDERS**

This case came before the Court upon Motion to Clarify Prior Court Orders filed by Creditor Frank Polo (Doc. 109). It is

**ORDERED:**

Frank Polo's Motion to Clarify Prior Court Orders is denied.

Clerk's Office to Serve