ORDERED.

Dated: June 02, 2021

*Jerry A. Funk*
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:                                                                  CASE NO.: 3:16-bk-3913-JAF

LILLY J. REAL,                                                    Chapter 7

      Debtor.
_____/

**ORDER DENYING MOTION FOR RECONSIDERATION OF ORDER DATED MAY 25, 2021 DENYING FRANK POLO'S MOTION FOR CERTIFICATION OF APPEAL TO THE ELEVENTH CIRCUIT COURT OF APPEALS**

This case came before the Court upon Motion for Reconsideration of Order Dated May 25, 2021 Denying Frank Polo's Motion for Certification of Appeal to the Eleventh Circuit Court of Appeals (Doc. 110). It is

**ORDERED:**

Motion for Reconsideration of Order Dated May 25, 2021 Denying Frank Polo's Motion for Certification of Appeal to the Eleventh Circuit Court of Appeals is denied.

Clerk's Office to Serve