**[Dodaufee]** [District Order Dismissing Appeal for Unpaid Filing Fee – Bankruptcy]

ORDERED.

Dated: June 21, 2021

Jerry A. Funk
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 3:16–bk–03913–JAF |
| | Chapter 7 |
| Lilly Josephine Real | |
| fka Lilliana Maria Real | |
| _____Debtor*_____/ | |

### ORDER DISMISSING APPEAL FOR FAILURE TO PAY FILING FEE

THIS CASE came on for consideration of the Notice of Appeal filed by Frank Polo ("Appellant") Doc. No. 98. On May 26, 2021, the Court entered an Order Directing Immediate Payment of Filing Fee. Appellant has failed to pay the filing fee as directed.

Accordingly, it is

ORDERED that this appeal is dismissed.

The Clerk's office is directed to serve a copy of this order on interested parties.
*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.