# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

FRANK E. POLO, SR.,

    Appellant,

v.                                            Case No. 3:21-cv-471-BJD

LILLY JOSEPHINE REAL,

    Appellee.

_____/

## ORDER

**THIS CAUSE** is before the Court on the bankruptcy court's June 21, 2021 Order dismissing Appellant's appeal in this case for failure to pay the filing fee. (Doc. 3.1 at 1). To appeal an order from a bankruptcy court, an appellant must pay the applicable filing fees or seek to be excused from filing them. In re Owens, 458 F. App'x 836, 838 (11th Cir. 2012). "As the Supreme Court has noted, filing fees in theory discourage frivolous law suits and thus help allocate judicial resources to more meritorious cases." Miller v. Donald, 541 F.3d 1091, 1096 (11th Cir. 2008).

The bankruptcy court denied Appellant's motion to proceed without paying a filing fee, his subsequent motion for reconsideration, and directed Appellant to pay the filing fee. In re Real, Case No. 3:16-bk-03913-JAF

(Bankr. M.D. Fla. 2021). Despite ample opportunity to remit the appropriate filing fee, Appellant has refused to do so.

Accordingly, after due consideration, it is

**ORDERED:**

Consistent with the Bankruptcy Court's June 21, 2021 Order dismissing Appellant's appeal in this case for failure to pay the filing fee (Doc. 3.1 at 1), this appeal is **DISMISSED**. The Clerk of the Court shall close this file.

**DONE** and **ORDERED** in Jacksonville, Florida this 12th day of July, 2021.

BRIAN J. DAVIS
United States District Judge

2
Copies furnished to:

Counsel of Record
Unrepresented Parties